IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN DISTRICT OF PENNSYLVANIA

RONALD GREEN
303 W. 22nd Street
Chester, PA 19013

v.

UNITED STATES OF AMERICA
c/o Department of Navy
Office of the Judge Advocate General
Tort Claims Unit - Norfolk
9620 Maryland Avenue
Suite 205
Norfolk, VA 23511-2949
and
c/o United States Attorney General
Department of Justice
950 Pennsylvania NW
Washington, DC 20530
and
c/o U.S. Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
and
JOHN R. LUIS
2501 Ford Road
Bristol, PA 19007

CIVIL ACTION NO.

*JURY TRIAL DEMANDED*

COMPLAINT

AND NOW, comes plaintiff, Ronald Green, by and through his undersigned counsel, and alleges:

**Jurisdiction and Venue**

Federal jurisdiction in this matter is asserted pursuant to 28 U.S.C. §§2671 and §1346(b). Venue is properly laid within the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1391(b) and (c). The amount in controversy without interest and costs exceeds the sum or value specified under 28 U.S.C. §1332.

**Parties**

1. Plaintiff, Ronald Green, is a citizen and resident of Delaware County in the Commonwealth of Pennsylvania, residing at 303 W. 22nd Street, Chester, PA 19013.

2. Defendant, United States of America, is a body politic which for the purposes of this litigation operates through its executive branch an agency, The United States Department of Navy, with offices located at 9620 Maryland Avenue, Suite 205, Norfolk, VA 23511-2949, subject to service of process at 9620 Maryland Avenue, Suite 205, Norfolk, VA 23511-2949 and c/o United States Attorney General, Department of Justice, 950 Pennsylvania NW, Washington, DC 20530; and further subject to process at U.S. Attorney's Office within the Eastern District of Pennsylvania at 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106.

3. Defendant, John R. Luis, is an adult individual and upon information and belief, citizen of and resident of the Commonwealth of Pennsylvania, with a home address located at 2501 Ford Road, Bristol, PA 19007.

4. At all times material hereto, defendant acted through its agencies, agents, officers, employees and/or any and all individuals acting on behalf of the United States of America in an official capacity and more specifically, by and through the conduct of their agent, John R. Luis, who upon information and belief resides at 2501 Ford Road, Bristol, PA 19007.

5. At all times material hereto, defendant John R. Luis, being the operator of a certain motor vehicle involved in a motor vehicle collision with plaintiff was at all times acting in the scope of his agency and employment as an employee or agent of defendant United States of America.

6. At all times material hereto, the aforementioned agencies, agents, officers and employees were acting within the scope of their respective offices and/or employment and/or were acting in the line of duty and/or for the benefit of the United States of America.

## Factual Background

7. On October 25, 2016, March 31, plaintiff presented a claim for bodily injuries arising from a motor vehicle collision which occurred on December 10, 2014 to the Department of Navy, Office of the Judge Advocate General, Tort Claims Unit, Norfolk, VA, by certified mail delivery , receipt of which was acknowledged on October 26, 2016.

8. Plaintiff submitted a demand for settlement of bodily injury claims in the amount of Three Hundred Fifty Thousand Dollars ($350,000.00).

9. More than six (6) months have lapsed since the submission of plaintiff's demand for settlement of this claim/demand for settlement and defendant has neither acknowledged receipt of the claim, denied the claim nor made any offer of settlement.

10. This Complaint is timely filed and properly filed as defendant has failed to acknowledge plaintiff's claim, deny plaintiff's claim or make offer of settlement and this claim is filed in accord with the time frame set forth by law.

11. At all times relevant hereto and currently, defendant John R. Luis was operating a 2012 Chevrolet Express motor vehicle, plate number G420619M, which vehicle was owned by the United States Federal Government.

12. Upon information and belief, at all times relevant hereto, defendant John R. Luis was operating in his capacity as the agent, servant, workman or employee of defendant United States of America and more specifically, the Department of Navy.

13. On December 10, 2014, while operating the said motor vehicle, defendant John R. Luis, while traveling in a southbound direction on Interstate 95 in the area of Mile Mark 33.7 in Bensalem Township, Bucks County, did fail to observe vehicles slowing and stopped ahead of him and did violently collide with the rear of the 2006 Dodge Charger motor vehicle, Pennsylvania Registration JBC7143, operated by plaintiff.

COUNT I
**Ronald Green v. All Defendants**
**Negligence**

14. Plaintiff incorporates herein all preceding paragraphs of this Complaint as though fully set forth at length.

15. At all times relevant hereto, defendants, individually and through its agencies, agents, officers and/or employees, and while in the scope of such agency or employment, were negligent generally and specifically in the following regards:

a. operating the vehicle at an excessive rate of speed under the circumstances;

b. failing to have the vehicle under proper and adequate control;

c. failing to apply the brakes in time to avoid a collision;

d. negligently applying the brakes;

e. failing to observe the plaintiff's vehicle on the highway;

f. failing to operate the vehicle in accordance with existing traffic conditions and traffic controls;

g. failing to drive at a speed and in a manner consistent with keeping the vehicle under control;

h. failing to keep a reasonable lookout for other vehicles lawfully on the road;

I. operating the vehicle in a manner not consistent with the road and weather conditions prevailing at the time;

j. failing to have the vehicle under proper and adequate control and failing to keep the vehicle in the proper lane of travel; and

        k.     otherwise operating said vehicle in a careless, reckless and negligent manner and in a manner violating the motor vehicle code of the Commonwealth of Pennsylvania.

    16.    As a result of the negligence of defendant, individually and by and through the actions and conduct of their agent, servant, workman or employee, plaintiff was caused to suffer various physical injuries including but not limited to:

        a.     Cerebral concussion with post-concussive syndrome and traumatic brain injury;

        b.     Acute cervical strain and sprain with aggravation of pre-existing asymptomatic cervical spondylosis;

        c.     Acute lumbosacral sprain and strain;

        d.     Rib contusions;

        e.     Right occipital neuralgia;

        f.     Post-traumatic cephalgia;

        g.     Right cervical strain with trapezial fibromyositis.

    17.    As a direct result of the aforesaid motor vehicle collision, plaintiff suffered severe shock to his nerves and nervous system, great physical pain and mental anguish, all of which may continue for an indefinite period into the future.

    18.    Plaintiff has been compelled to expend various sums of money for medications in an attempt to remedy the aforementioned injuries.

    19.    As a result of the aforesaid collision, plaintiff may have in the past and may in the future suffer lost earnings and lost earning capacity.

20. As a result of the collision and plaintiff's injuries, plaintiff may have suffered a permanent disability and permanent impairment of body function and impairment of earning capacity.

21. As a direct result of the collision and plaintiff's injuries, plaintiff has been prevented from attending to his usual duties and obligations and believes that he may be prevented from doing so into the future.

22. The aforementioned acts or omissions occurred under circumstances such that if defendant were a private entity and/or person, liability would be imposed under the laws of the Commonwealth of Pennsylvania.

23. The negligence of defendants was a factual and legal cause and substantial factor in bringing about plaintiff's injuries and damages more fully set forth at length herein.

WHEREFORE, plaintiff demands judgment in his favor and against Defendants in the amount demanded in Plaintiff's Form 95 which was submitted on October 25, 2016, a true and correct copy of which is attached hereto as Exhibit "A", plus any and all relief available under applicable law.

Respectfully submitted,

/s/ GB1533
GERALD B. BALDINO, JR., ESQUIRE
Attorney I.D. Number 55624
SACCHETTA & BALDINO
308 E. 2nd Street
Media, PA 19063
610-891-9212
Attorney for Plaintiff

# EXHIBIT A

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

1. Submit to Appropriate Federal Agency:
Department of the Navy
Office of the Judge Advocate General
Tort Claims Unit Norfolk
9620 Maryland Avenue, Suite 205
Norfolk, VA 23511-2949

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.
Ronald Green
303 W. 22nd Street
Chester, PA 19013

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 10/27/88 | Single | 12/10/14 | 6:00 P.M. ± |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Plaintiff asserts claims for bodily injuries resulting from a rear-end motor vehicle collision, which occurred December 10, 2014. The collision occurred on the southbound lane of Interstate 95 at about the Woodhaven Road exit, Philadelphia, Pennsylvania. Plaintiff's vehicle was struck in the rear by a vehicle operated by military personnel, John Luis, while driving a federal government vehicle.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT. (1) Cerebral concussion with post-concussive syndrome/mild traumatic brain damage; (2) Acute cervical strain and sprain with aggravation of pre-existing cervical spondylosis; (3) Acute lumbosacral strain and sprain; (4) Rib contusions; (5) Post-traumatic headaches; (6) Right occipital neuralgia; and (7) Trapezius fibromyositis. (See settlement demand and records attached.)

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Ronald Green (Plaintiff) | 303 W. 22nd Street, Chester, PA 19013 |
| John Luis (Former Navy driver) | c/o Department of the Navy |
| Joshua Sellers (Passenger in Department of the Navy vehicle) | c/o Department of the Navy |

12. (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| N/A | $350,000.00 | N/A. | $350,000.00. |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] Gerald Baldino Esq Attorney for Claimant | 610-891-9212 | 10/24/16 |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? [X] Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

State Farm Insurance Company
P.O. Box 106114
Atlanta, GA 30348-6114
Claim No. 38-5M22-057

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No

I claimed only first party medical benefits with coverage of $5,000.00. I claim medical expenses over and above first party medical benefits.

17. If deductible, state amount.

N/A

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

My insurance carrier has paid the property damage aspect of this claim and has paid first party medical benefits in the amount of $5,000.00.

19. Do you carry public liability and property damage insurance? [ ] Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

None, other than State Farm Insurance Company. See 15 above.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

AA-500 TX

# Commonwealth of Pennsylvania
## Police Crash Report

Incident Number: M03-1561302

REPORTABLE CRASH

Crash Involves:

- ◯ DUI ◯ Fatality ◯ Hit and Run ◯ Commercial Vehicle ◯ State Police Vehicle ◯ Local Police Vehicle
- ◉ N/A ◯ Work Zone ◯ ATV ◯ Snowmobile ◯ Commonwealth Vehicle ◯ Local Gov Vehicle

**Police Agency Data**

| Agency Name | Case Closed | Patrol Zone | Investigation Date |
|---|---|---|---|
| PA STATE POLICE - TREVOSE | YES | 23 | 12/10/2014 |

| Dispatch Time | Arrival Time | Investigator | Badge Number |
|---|---|---|---|
| 17:46 hrs. | 18:00 hrs. | JONES, RACHEL | 11276 |

| Approval Date | Reviewer | Reviewer Badge Number |
|---|---|---|
| 12/12/2014 | NACIOS, CHRISTOPHER A | 08704 |

**Crash Data**

| Date of Crash | Time of Crash | Day of the Week | Crash Description |
|---|---|---|---|
| 12/10/2014 | 17:46 hrs. | WEDNESDAY | REAR END |

| County | Municipality |
|---|---|
| BUCKS | BENSALEM TWP |

| Weather Conditions | Relation to Roadway |
|---|---|
| NO ADVERSE CONDITIONS | ON TRAVEL LANES |

| Illumination | Road Surface Conditions |
|---|---|
| DARK-NO STREET LIGHTS | DRY |

| # of Units | # of People | # of Injured | # Killed | EMS Agency | Medical Facility |
|---|---|---|---|---|---|
| 002 | 003 | 001 | 000 | BENSALEM EMS | ARIA TORRESDALE HOSPITAL |

| School Bus Related | School Zone Related | PennDOT Notified | Type of Intersection | Special Location |
|---|---|---|---|---|
| NO | NO | NO | MIDBLOCK | NOT APPLICABLE |

**Work Zone**

| Work Zone | Work Zone Type | Where in Work Zone |
|---|---|---|
| NO | | |

| Speed Limit | Workers Present | Officer Present | Work Zone Characteristics |
|---|---|---|---|
| | | | ☐ Lane Closure ☐ Road Closed with Detour ☐ Work on Shoulder or Median ☐ Intermittent or Moving Work ☐ Flagger Control ☐ Other |

**Principal Road**

| Route Signing | Route Number | Segment Number | Travel Lanes | Speed Limit | Orientation |
|---|---|---|---|---|---|
| STATE HIGHWAY | 0095 | | 03 | 55 MPH | SOUTH |

| House Number | Street Name | St. Ending |
|---|---|---|
| | I-95 | HIGHWAY |

**Intersecting Rd.** (Used in Intersection Crashes)

| Route Signing | Route Number | Segment Number | Travel Lanes | Speed Limit | Orientation |
|---|---|---|---|---|---|
| | | | | | |

| Street Name | St. Ending |
|---|---|
| | |

**Distance From Landmark** (Used for Mid-Block Crashes)

Landmark 1

| Route Number | Or Mile Post | Tenths | Or Segment Marker | Ramp Use Only |
|---|---|---|---|---|
| | | | | |

| Street Name | Street Ending |
|---|---|
| TENNIS | AVENUE |

| Feet | Or Miles | Tenths |
|---|---|---|
| | 00 | 3 |

Landmark 2

| Route Number | Or Mile Post | Tenths | Or Segment Marker | Ramp Use Only |
|---|---|---|---|---|
| | | | | |

| Street Name | Street Ending |
|---|---|
| MILL | ROAD |

The above entry is the distance from the Crash Scene to Landmark 1

**GPS**

| | Degrees | Minutes | Seconds | Decimal |
|---|---|---|---|---|
| Latitude: | 40 | 03 | 42 | 412 |
| Longitude: | 74 | 58 | 31 | 897 |

**TCD**

| Traffic Control Device | Traffic Control Functioning |
|---|---|
| NOT APPLICABLE | NO CONTROLS |

**Lane**

| Lane Closed | Lane Closure Direction | Traffic Detoured | Estimated Time Closed |
|---|---|---|---|
| NOT APPLICABLE | | | |

**Event Information**

Environmental / Roadway Potential Factors (E/R)

| Factor 1 | Factor 2 | Factor 3 |
|---|---|---|
| NONE | | |

First Harmful Event in the Crash

| Unit Number | Harmful Event |
|---|---|
| 001 | HIT UNIT 2 |

Most Harmful Event in the Crash

| Unit Number | Harmful Event |
|---|---|
| 001 | HIT UNIT 2 |

| Indicated Prime Factor | Unit Number | Prime Factor Driver Action |
|---|---|---|
| DRIVER ACTION | 001 | DRIVING TOO FAST FOR CONDITIONS |

| Prime Factor Enviromental/Roadway | Prime Factor Vehicle Failure | Prime Factor Pedestrian Action |
|---|---|---|
| | | |

| Road Surface Type | Special Jurisdiction |
|---|---|
| | |

AA-500 TX

**Commonwealth of Pennsylvania**

**Police Crash Report**

Incident Number: M03-1561302

REPORTABLE CRASH

Crash Involves:

○ DUI ○ Fatality ○ Hit and Run ○ Commercial Vehicle ○ State Police Vehicle ○ Local Police Vehicle
◉ N/A ○ Work Zone ○ ATV ○ Snowmobile ○ Commonwealth Vehicle ○ Local Gov Vehicle

**Driver/Pedestrian Information**

| Field | Value |
| --- | --- |
| Unit Number | 1 |
| Type Unit | Motor Vehicle in Transport |
| Commercial Vehicle | No |
| First Name | JOHN |
| MI | R |
| Last Name | LUIS |
| Suffix | |
| DOB | 05/28/1986 |
| Telephone Number | (405) 600-5188 |
| Street Address | 2501 FORD RD |
| City | BRISTOL |
| State | PA |
| Zip Code | 19007 |
| Gender | MALE |
| License Number | N081134302 |
| License State | OK |
| Class | B |
| Expiration Date | 10/30/2015 |
| Owner/Driver | FEDERAL GOV VEHICLE |
| Driver Presence | DRIVER OPERATED VEHICLE |
| Physical Condition | APPARENTLY NORMAL |
| Primary Vehicle Code Violation | PAVC 3361 DRIVING VEHICLE AT SAFE SPEED |
| Person Charged | YES |
| Alcohol/Drugs Suspected | NO |
| Alcohol Test Type | TEST NOT GIVEN |
| Alcohol Test Results | |
| Driver Action | DRIVING TOO FAST FOR CONDITIONS, TAILGATING |
| Pedestrian Action | |
| Pedestrian Signals | |
| Pedestrian Clothing | |
| Pedestrian Location | |

| Harmful Event | Event | Left or Right Side | Most Harmful | Utility Pole Number |
| --- | --- | --- | --- | --- |
| 1st Harmful Event | HIT UNIT 2 | | YES | |
| 2nd Harmful Event | | | | |
| 3rd Harmful Event | | | | |
| 4th Harmful Event | | | | |

**Vehicle Information**

| Field | Value |
| --- | --- |
| Owner First Name | |
| Owner MI | |
| Owner Last Name or Business Name | HQ BTRY 3RD BN 14TH MAR |
| Suffix | |
| Street Address | 2501 FORD RD |
| City | BRISTOL |
| State | PA |
| Zip Code | 19007 |
| Vehicle Type | VAN |
| Special Usage | NOT APPLICABLE |
| Government Equipment Number | |
| Model Year | 2012 |
| Vehicle Make | CHEVROLET |
| Vehicle Model | EXPRESS |
| Vehicle Color | BLACK |
| VIN | 1GNSGBF44C1189266 |
| License Plate | G420619M |
| Reg. State | ZG |
| Est. Speed | 040 |
| Vehicle Towed | NO |
| Towed By | |
| Insurance | YES |
| Insurance Company | US GOVERNMENT |
| Policy Number | 00000000 |
| Expiration Date | |
| Direction of Travel | SOUTH |
| Vehicle Position | LEFT LANE |
| Vehicle Movement | GOING STRAIGHT |
| Initial Impact Point | 12 O'CLOCK |
| Damage Indicator | MINOR |
| Gradient | LEVEL |
| Road Alignment | STRAIGHT |
| Possible Vehicle Failures | NONE |

**Trailing Units**

| Field | Value |
| --- | --- |
| # of Units | 0 |
| Type Unit 1 | |
| Tag Number | |
| Tag Year | |
| Tag State | |
| Unit Make | |
| Unit Owner | |
| Type Unit 2 | |
| Tag Number | |
| Tag Year | |
| Tag State | |
| Unit Make | |
| Unit Owner | |

**Motorcycle**

| Field | Value |
| --- | --- |
| Engine Size | cc |
| Passenger? | |
| Saddle Bag/Trunk? | |
| Trailer? | |
| Driver Education? | |
| Driver Helmet Type | |
| Helmet Stayed On? | |
| DOT/Snell Designation? | |
| Eye Protection? | |
| Long Sleeves? | |
| Long Pants? | |
| Over Ankle Boots? | |
| Passenger Helmet Type | |
| Helmet Stayed On? | |
| DOT/Snell Designation? | |
| Eye Protection? | |
| Long Sleeves? | |
| Long Pants? | |
| Over Ankle Boots? | |

**Pedalcycle**

| Field | Value |
| --- | --- |
| Passenger? | |
| Helmet? | |
| Head Lights? | |
| Rear Reflectors? | |

AA-500 TX

# Commonwealth of Pennsylvania

## Police Crash Report

Incident Number: M03-1561302

REPORTABLE CRASH

Crash Involves:

- ( ) DUI
- ( ) Fatality
- ( ) Hit and Run
- ( ) Commercial Vehicle
- ( ) State Police Vehicle
- ( ) Local Police Vehicle
- (●) N/A
- ( ) Work Zone
- ( ) ATV
- ( ) Snowmobile
- ( ) Commonwealth Vehicle
- ( ) Local Gov Vehicle

### Driver/Pedestrian Information

| Field | Value |
|---|---|
| Unit Number | 2 |
| Type Unit | Motor Vehicle in Transport |
| Commercial Vehicle | No |
| First Name | RONALD |
| MI | C |
| Last Name | GREEN |
| Suffix | Jr |
| DOB | 10/27/1988 |
| Telephone Number | (610) 803-8054 |
| Street Address | 303 W 22ND ST |
| City | CHESTER |
| State | PA |
| Zip Code | 19013 |
| Gender | MALE |
| License Number | 29261972 |
| License State | PA |
| Class | C |
| Expiration Date | 10/28/2016 |
| Owner/Driver | PRIVATE VEHICLE OWNED/LEASED BY DRIVER |
| Driver Presence | DRIVER OPERATED VEHICLE |
| Physical Condition | APPARENTLY NORMAL |
| Primary Vehicle Code Violation | |
| Person Charged | NO |
| Alcohol/Drugs Suspected | NO |
| Alcohol Test Type | TEST NOT GIVEN |
| Alcohol Test Results | |
| Driver Action | NO CONTRIBUTING ACTION |
| Pedestrian Action | |
| Pedestrian Signals | |
| Pedestrian Clothing | |
| Pedestrian Location | |

| Harmful Event | Description | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|---|
| 1st Harmful Event | STRUCK BY UNIT 1 | | YES | |
| 2nd Harmful Event | | | | |
| 3rd Harmful Event | | | | |
| 4th Harmful Event | | | | |

### Vehicle Information

| Field | Value |
|---|---|
| Owner First Name | RONALD |
| Owner MI | |
| Owner Last Name or Business Name | GREEN |
| Suffix | |
| Street Address | 303 W 22ND ST |
| City | CHESTER |
| State | PA |
| Zip Code | 19013 |
| Vehicle Type | AUTOMOBILE |
| Special Usage | NOT APPLICABLE |
| Government Equipment Number | |
| Model Year | 2006 |
| Vehicle Make | DODGE |
| Vehicle Model | CHARGER |
| Vehicle Color | BLACK |
| VIN | 2B3KA43G96H333793 |
| License Plate | JBC7143 |
| Reg. State | PA |
| Est. Speed | 030 |
| Vehicle Towed | YES |
| Towed By | PHILADELPHIA PARKING AUTH |
| Insurance | YES |
| Insurance Company | STATE FARM |
| Policy Number | 2067360B0138 |
| Expiration Date | 08/01/2015 |
| Direction of Travel | SOUTH |
| Vehicle Position | LEFT LANE |
| Vehicle Movement | SLOWING/STOPPING IN LANE |
| Initial Impact Point | 6 O'CLOCK |
| Damage Indicator | MINOR |
| Gradient | LEVEL |
| Road Alignment | STRAIGHT |
| Possible Vehicle Failures | NONE |

#### Trailing Units

| Field | Value |
|---|---|
| # of Units | 0 |
| Type Unit 1 | |
| Tag Number | |
| Tag Year | |
| Tag State | |
| Unit Make | |
| Unit Owner | |
| Type Unit 2 | |
| Tag Number | |
| Tag Year | |
| Tag State | |
| Unit Make | |
| Unit Owner | |

#### Motorcycle

| Field | Value |
|---|---|
| Engine Size | cc |
| Passenger? | |
| Saddle Bag/Trunk? | |
| Trailer? | |
| Driver Education? | |
| Driver Helmet Type | |
| Helmet Stayed On? | |
| DOT/Snell Designation? | |
| Eye Protection? | |
| Long Sleeves? | |
| Long Pants? | |
| Over Ankle Boots? | |
| Passenger Helmet Type | |
| Helmet Stayed On? | |
| DOT/Snell Designation? | |
| Eye Protection? | |
| Long Sleeves? | |
| Long Pants? | |
| Over Ankle Boots? | |

#### Pedalcycle

| Field | Value |
|---|---|
| Passenger? | |
| Helmet? | |
| Head Lights? | |
| Rear Reflectors? | |

Incident Number: M03-1561302

# Commonwealth of Pennsylvania
## Police Crash Report

REPORTABLE CRASH

Crash Involves:

○ DUI ○ Fatality ○ Hit and Run ○ Commercial Vehicle ○ State Police Vehicle ○ Local Police Vehicle
◉ N/A ○ Work Zone ○ ATV ○ Snowmobile ○ Commonwealth Vehicle ○ Local Gov Vehicle

**People Information**

| Unit # | Person No. | First Name | MI | Last Name | Suffix | DOB |
|---|---|---|---|---|---|---|
| 001 | 001 | JOHN | R | LUIS | | 05/28/1986 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 2501 FORD RD | BRISTOL | PA | 19007 |

| Phone Number | EMS Transport | Person Type | Gender | Injury Severity |
|---|---|---|---|---|
| (405) 600-5188 | NO | DRIVER | MALE | NOT INJURED |

| Seat Position | Safety Equipment 1 |
|---|---|
| DRIVER - ALL VEHICLES | LAP AND SHOULDER BELT USED |

| Safety Equipment 2 | Extrication |
|---|---|
| AIR BAG NOT DEPLOYED - SWITCH ON | NOT EXTRICATED |

| Ejection | Ejection Path |
|---|---|
| NOT EJECTED | NOT EJECTED/NOT APPLICABLE |

**People Information**

| Unit # | Person No. | First Name | MI | Last Name | Suffix | DOB |
|---|---|---|---|---|---|---|
| 002 | 002 | RONALD | C | GREEN | JR | 10/27/1988 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 303 W 22ND ST | CHESTER | PA | 19013 |

| Phone Number | EMS Transport | Person Type | Gender | Injury Severity |
|---|---|---|---|---|
| (610) 803-8054 | YES | DRIVER | MALE | MINOR INJURY |

| Seat Position | Safety Equipment 1 |
|---|---|
| DRIVER - ALL VEHICLES | LAP AND SHOULDER BELT USED |

| Safety Equipment 2 | Extrication |
|---|---|
| AIR BAG NOT DEPLOYED - SWITCH ON | NOT EXTRICATED |

| Ejection | Ejection Path |
|---|---|
| NOT EJECTED | NOT EJECTED/NOT APPLICABLE |

**People Information**

| Unit # | Person No. | First Name | MI | Last Name | Suffix | DOB |
|---|---|---|---|---|---|---|
| 001 | 003 | JOSHUA | A | SELLERS | | 04/17/1992 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 2501 FORD RD | BRISTOL | PA | 19007 |

| Phone Number | EMS Transport | Person Type | Gender | Injury Severity |
|---|---|---|---|---|
| (214) 773-7091 | NO | PASSENGER | MALE | NOT INJURED |

| Seat Position | Safety Equipment 1 |
|---|---|
| FRONT SEAT RIGHT SIDE | LAP AND SHOULDER BELT USED |

| Safety Equipment 2 | Extrication |
|---|---|
| AIR BAG NOT DEPLOYED - SWITCH ON | NOT EXTRICATED |

| Ejection | Ejection Path |
|---|---|
| NOT EJECTED | NOT EJECTED/NOT APPLICABLE |

**Notified**

| Person\Business Notified | Phone Number | Date Notified | Time Notified |
|---|---|---|---|
| | | | hrs. |

Reason for Notification

AA-500 TX

Commonwealth of Pennsylvania

Police Crash Report

PAGE 5

Incident Number: M03-1561302

REPORTABLE CRASH

Crash Involves:

- ◯ DUI
- ◯ Fatality
- ◯ Hit and Run
- ◯ Commercial Vehicle
- ◯ State Police Vehicle
- ◯ Local Police Vehicle
- ◉ N/A
- ◯ Work Zone
- ◯ ATV
- ◯ Snowmobile
- ◯ Commonwealth Vehicle
- ◯ Local Gov Vehicle

Diagram

NOT TO SCALE
Bensalem Twp. Approx. 2.5 Mi. North
I-95 South 55 MPH
Unit 2
Unit 1
Initial Point of Impact
Final Rest
30 Ft

NARRATIVE

Crash Synopsis

This crash occurred as Unit 2 was traveling South on I-95 in the area of mile marker 33.7, Bensalem Twp., Bucks Co. Unit 2 was in the left lane slowing for traffic. Unit 1 was traveling behind Unit 2, failed to slow and struck Unit 2 from the rear. Both vehicles came to final rest on the left shoulder facing South.

Operator 2 sustained a minor injury to his neck and was transported by EMS to Aria Torresdale Hospital.

Both Units sustained minor damage. Unit 1 was driven from the scene. Unit 2 was towed from the scene by the Philadelphia Parking Authority.

Operator 1 was cited for PAVC 3361 Driving Vehicle at Safe Speed. Citation filed at District Court 07-1-04.

Crash Details

This crash occurred as Unit 2 was traveling South on I-95 in the area of mile marker 33.7, Bensalem Twp., Bucks Co. Unit 2 was in the left lane slowing for traffic. Unit 1 was traveling behind Unit 2, failed to slow and struck Unit 2 from the rear. Both vehicles came to final rest on the left shoulder facing South.

OBSERVATIONS:

Incident Number: M03-1561302

REPORTABLE CRASH

Crash Involves:

- ○ DUI
- ○ Fatality
- ○ Hit and Run
- ○ Commercial Vehicle
- ○ State Police Vehicle
- ○ Local Police Vehicle
- ● N/A
- ○ Work Zone
- ○ ATV
- ○ Snowmobile
- ○ Commonwealth Vehicle
- ○ Local Gov Vehicle

Crash Details

Upon my arrival I observed both Units in their positions of final rest. There was minor damage to the rear bumper of Unit 2 and the front end of Unit 1. Trooper KOVACS from PSP Belmont was on scene. Operator 2 had been transported to Aria Torresdale Hospital for neck pain.

INTERVIEWS:

Operator 1 was interviewed on 121014 at approximately 1805 hours on scene. He explained that he was traveling in the left lane, traffic had backed up and the vehicle in front of him stopped suddenly. He failed to stop in time and struck the rear end of Unit 2. Operator 2 related that he was not injured and he was wearing his seat belt.

Operator 2 was interviewed on 121014 at approximately 1740 hours on scene and again at 2100 hours by phone. He explained that he had slowed for traffic in front of him and was struck from behind by Unit 1. He was wearing his seat belt but he suffered an injury to his neck and had a migraine.

The front seat passenger of Unit 1 was interviewed on 121014 at approximately 1810 hours on scene. He related the same information as Operator 1. He also advised me that he was wearing his seat belt and he was not injured.

DETAILS:

Trooper KOVACS assisted on scene with interviews and he also contacted the Philadelphia Parking Authority to tow Unit 2.

Unit 1 was driven from the scene.

Bensalem EMS assisted with the transport of Operator 2.

The press release was prepared and submitted.

Operator 1 was cited for PAVC 3361 Driving Vehicle at Safe Speed, reference citation number T2557591-1. Citation filed at District Court 07-1-04.